**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6291**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

COREY MCKENZIE DAVIS, a/k/a Lil C,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., District Judge. (3:07-cr-00672-JFA-2)

_____

Submitted: May 31, 2012           Decided: June 6, 2012

_____

Before KING, DUNCAN, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Corey McKenzie Davis, Appellant Pro Se. Tara L. McGregor, Jane Barrett Taylor, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey McKenzie Davis appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion to reduce his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Davis, No. 3:07-cr-00672-JFA-2 (D.S.C. Jan. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED